# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel:  212 728 8000
Fax: 212 728 8111

March 16, 2026

**<u>VIA ECF</u>**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

> The sentencing date for Robert Hopkins is set for April 23, 2026 at 10:00 AM.
>
> APPLICATION GRANTED
> SO ORDERED *[signature]*
> VERNON S. BRODERICK
> U.S.D.J.  3/17/2026

**Re: *<u>United States v. Robert Hopkins</u>*, S1 24 Cr. 370 (VSB)**

Dear Judge Broderick,

      I represent defendant Robert Hopkins in the above-captioned matter.  Mr. Hopkins' sentencing date is currently scheduled for April 8, 2026, and his sentencing submission is due on March 25, 2026.  The final pre-sentence report is not due until March 23, 2026, and we have not yet received the Government's anticipated letter describing Mr. Hopkins' cooperation pursuant to U.S.S.G. 5K1.1, and we believe it is important that Mr. Hopkins be able to reference both in his sentencing submission.  Accordingly, we respectfully request that the Court grant a 14-day adjournment of Mr. Hopkins' sentencing, to a date after April 22, 2026, to allow additional time to prepare Mr. Hopkins' sentencing submission following receipt of the final pre-sentence report and the anticipated letter from the Government describing Mr. Hopkins' cooperation.  No prior requests for adjournment have been made in this matter.

      The Government has no objection to this request for adjournment.

      Respectfully submitted,

*/s/ Michael S. Schachter*
Michael S. Schachter
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
(212) 728-8102
mschachter@willkie.com

cc:      Probation Officer Deanna M. Paige (via E-mail)
            AUSA Marguerite B. Colson (via E-mail)
            AUSA Courtney Heavey (via E-mail)
            AUSA Sarah Mortavazi  (via E-mail)